NITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| EXPANSION CAPITAL GROUP, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, in her official capacity as Administrator of the Small Business administration; JANET YELLEN, in her official capacity as United States Secretary of Treasury; and THE UNITED STATES OF AMERICA,<br><br>Defendants. | 4:22-CV-04029-KES<br><br><br><br>ORDER DISMISSING CASE |

The parties jointly move to dismiss this action with prejudice based on the terms of the parties' agreement and without costs to any party. Thus, it is

ORDERED that this matter is dismissed, upon the merits, with prejudice based on the terms of the parties' agreement and without costs, expenses, or attorneys fees to any party.

Dated September 24, 2024.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE